**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__Northern__ District of __Illinois__
(State)

Case number (If known): _____  Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   The Premier Property Team, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   d/b/a Premier Property Group

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   __27__ – __4982808__
   EIN

5. **Debtor's address**

   Principal place of business

   6669 Academy Drive
   Number   Street

   Northbrook     IL    60062
   City           State   ZIP Code

   Cook
   County

   Mailing address, if different

   _____
   Number   Street

   P.O. Box _____

   _____
   City    State   ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number   Street

   _____
   City    State   ZIP Code

Official Form 205             Involuntary Petition Against a Non-Individual             page 1

Debtor _____    Case number (if known)_____
       Name

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [X] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [ ] No
   - [X] Yes. Debtor __Barry Isaacson__    Relationship __Member of Debtor__
     District __Northern__    Date filed __11/26/2021__    Case number, if known __21-13466__
                                           MM / DD / YYYY

     Debtor _____    Relationship _____
     District _____    Date filed _____    Case number, if known _____
                                           MM / DD / YYYY

**Part 3: Report About the Case**

10. **Venue**

    Check one:
    - [X] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - [X] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [X] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  The Premier Property Team, LLC
        Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Leslie Isaacson | Loans | $ 8,500.00 |
| Barry Isaacson | Loans | $ 255,000.00 |
| Premier Property Plumbing LLC | Loans | $ 155,525.00 |
| | Total of petitioners' claims | $ 419,025.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Leslie Isaacson
Name

2568 Union Court
Number   Street

Long Grove          IL       60047
City                State    ZIP Code

Name and mailing address of petitioner's representative, if any

Ariel Weissberg
Name

564 W. Randolph Street, 2nd Floor
Number   Street

Chicago             IL       60661
City                State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/20/2021
             MM / DD / YYYY

X _/s/ Leslie Isaacson_____
Signature of petitioner or representative, including representative's title

**Attorneys**

Ariel Weissberg
Printed name

Weissberg and Associates, Ltd.
Firm name, if any

564 W. Randolph Street, 2nd Floor
Number   Street

Chicago             IL       60661
City                State    ZIP Code

Contact phone  312-663-0004   Email  ariel@weissberglaw.com

Bar number  03125591

State  Illinois

X _/s/ Ariel Weissberg_____
Signature of attorney

Date signed  12/20/2021
             MM / DD / YYYY

Debtor _____    Case number (if known) _____
          Name

**Name and mailing address of petitioner**

Barry Isaacson
Name

2568 Union Court
Number   Street

Long Grove            IL            60047
City                  State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Ariel Weissberg, Esq.
Name

564 W. Randolph Street, 2nd Floor
Number   Street

Chicago               IL            60661
City                  State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/20/2012
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Ariel Weissberg, Esq.
Printed name

Weissberg and Associates, Ltd.
Firm name, if any

564 W. Randolph Street, 2nd Floor
Number   Street

Chicago               IL            60661
City                  State         ZIP Code

Contact phone 312-663-0004  Email ariel@weissberglaw.com

Bar number   03125591

State        Illinois

✗ _____
Signature of attorney

Date signed  12/20/2021
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Premier Property Plumbing LLC
Name

6669 Academy Drive
Number   Street

Northbrook            IL            60062
City                  State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Ariel Weissberg, Esq.
Name

564 W. Randolph Street, 2nd Floor
Number   Street

Chicago               IL            60661
City                  State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/20/2021
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Ariel Weissberg, Esq.
Printed name

Weissberg and Associates, Ltd.
Firm name, if any

564 W. Randolph Street, 2nd Floor
Number   Street

Chicago               IL            60661
City                  State         ZIP Code

Contact phone 312-663-0004  Email ariel@weissberglaw.com

Bar number   03125591

State        Illinois

✗ _____
Signature of attorney

Date signed  12/20/2021
             MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 4