IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re the matter of: | NO. 21 B 14401 |
|---|---|
| The Premier Property Team, LLC | Judge A. Benjamin Goldgar |
| Debtors | Chapter 7 |

NOTICE OF MOTION

SERVICE LIST - TO:

The Premier Property Team, LLC
6669 Academy Drive
Northbrook, IL 60062
Via regular mail

Ariel Weissberg
564 W. Randolph Street, 2nd Floor
Chicago, IL 60661
Via regular mail

Patrick S. Layng, U.S. Trustee, Region 11
Via electronic notification

PLEASE TAKE NOTICE that on January 10, 2022 at 9:30 a.m., I will appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in that judge's place, and present the Motion of Ford Motor Credit Company LLC, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **161 500 0972** and the password is **726993.** The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Christopher H. Purcell
112 Cary Street
Cary, Illinois 60013
Shermlaw13@aol.com

FORD MOTOR CREDIT COMPANY LLC

By: /s/ Christopher H. Purcell
One of its Attorneys

Phone: (312) 372-1487                                                                                  Sherman & Purcell, LTD.

<u>CERTIFICATE OF SERVICE</u>

      I, Christopher H. Purcell, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on December 28, 2021 before the hour of 5:00 p.m.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of: | NO. 21 B 14401 |
| The Premier Property Team, LLC | Judge A. Benjamin Goldgar |
| Debtors | Chapter 7 |

## MOTION TO MODIFY AUTOMATIC STAY

Now comes Ford Motor Credit Company LLC (hereinafter the "Movant")., a creditor herein, by Sherman & Purcell, LTD., its attorneys, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. The Movant is a secured creditor of the Debtor. The Statement to Accompany Motions for Relief from Stay is attached hereto and incorporated herein including, but not limited to the description of the collateral.

2. The Debtor has not offered, and Movant. is not receiving, adequate protection for its secured interest or depreciating value and that said motor vehicle is not necessary to an effective reorganization by the Debtor.

3. The Movant will suffer irreparable injury, harm and damage should it be delayed in taking possession of the motor vehicle aforesaid and foreclosing its security interest therein. The Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order.

4. The involuntary petition for relief does not disclose an agent or individual to be served for the Premier Property Team, LLC. A search of the corporation shows it was involuntarily dissolved on Friday 9, 2021. The agent has been vacated and there is no new agent listed. The only individual listed is Barry Isaacson as a manager and he is represented by Ariel Weissberg who has been served with this motion. A copy of the LLC search is attached hereto and incorporated herein.

4. The Debtor has not made a payment since October of 2021. The account is past due for the October 26, 2021 payment and each month thereafter. The current default amount is $3,824.24 before attorney's fees and costs. Furthermore, the debtor has not provided evidence of insurance protecting the Movant.

WHEREFORE, the Movant prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit the said Movant to take possession of and foreclose its security interest in a certain 2017 Ford E-450, VIN 1FDXE4FS7HDC34037, and for such other and further relief as this Court may deem just.

| | |
|---|---|
| Christopher H. Purcell | FORD MOTOR CREDIT COMPANY LLC. |
| Sherman & Purcell, LTD. | |
| 112 Cary Street | BY: ___/s/ Christopher H. Purcell____ |
| Cary, Illinois 60013 | One of its Attorneys |
| Shermlaw13@aol.com | |
| Phone: (312) 372-1487 | |
| Attorney for Ford Motor Credit Company LLC | |