cyberdriveillinois.com is now ilsos.gov



Office of the Secretary of State Jesse White
ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

LLC File Detail Report

| | |
|---|---|
| File Number | 03437736 |
| Entity Name | THE PREMIER PROPERTY TEAM LLC |
| Status | INVOLUNTARY DISSOLUTION on Friday, 9 July 2021 |

### Entity Information

Principal Office
2568 UNION CT
LONG GROVE, IL 60047

Entity Type
LLC

Type of LLC
Domestic

Organization/Admission Date
Wednesday, 26 January 2011

Jurisdiction
IL

Duration
PERPETUAL

### Agent Information

Name
** AGENT VACATED **

Address

Change Date
Tuesday, 11 May 2021

## Annual Report

For Year
2021

Filing Date
00/00/0000

## Managers

Name
Address
ISAACSON, BARRY
428 S. VERMONT F
PALATINE, IL 600670000

## Series Name

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search