B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## Northern District Of Illinois

In re  The Premier Property Team, LLC,  ) Case No. 21-14401
       Debtor*  )
  ) Chapter 7
  )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on December 21, 2021  (date), requesting an order for relief under chapter 7  of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

    Address of the clerk: United States Bankruptcy Court
                                Room 713
                                219 S. Dearborn Street
                                Chicago, Illinois 60604

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

    Name and Address of Petitioner's Attorney:

    Ariel Weissberg, Esq.,
    Weissberg and Associates, Ltd.
    564 W. Randolph Street, 2nd Floor, Chicago, IL 60661

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

JEFFREY P. ALLSTEADT

                                                                   (Clerk of the Bankruptcy Court)

Date: 12/28/2021    By: Baldo Chavez (Deputy Clerk)

---

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).