# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 21-14401 |
| THE PREMIER PROPERTY TEAM, LLC, | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor. | ) | Hearing Date:  January 10, 2022 |
| | ) | Hearing Time: 9:30 a.m. |

## NOTICE OF OBJECTION TO MOTION TO
## MODIFY AUTOMATIC STAY (DKT. NO. 3)

PLEASE TAKE NOTICE THAT Petitioning Creditor, Leslie E. Isaacson, by her attorneys, Ariel Weissberg and the law offices of Weissberg and Associates, Ltd., objects to the *Motion to Modify Automatic Stay (Dkt. No. 3)* that was filed by Ford Motor Credit Company LLC on December 28, 2021, which is set for presentation on January 10, 2022, at 9:30 a.m. and requests that it be called for presentment.  Leslie E. Isaacson reserves the right to file an expanded Objection after the presentation date of the subject Motion on January 10, 2022.

**LESLIE E. ISAACSON**, Petitioning Creditor


By**:**      /s/ Ariel Weissberg      
One of her attorneys


Ariel Weissberg, Esq.
564 W. Randolph St., 2nd Floor
Chicago, IL  60661
T. 312-663-0004
F. 312-663-1514
Email: ariel@weissberglaw.com
Attorney No. 03125591

**CERTIFICATE OF SERVICE**

      I, Ariel Weissberg, certify that on December 28, 2021, I caused ***Notice of Objection to Motion to Modify Automatic Stay (Dkt. No. 3)*** to be filed electronically. Notice of this filing was sent to all parties registered with the court's ECF electronic transmission, including to the following parties:

Patrick S. Layng, Esq.
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, IL 60604-2027
Email: patrick.layng@usdoj.gov

Ford Motor Credit Company LLC
c/o Christopher H. Purcell, Esq.
112 Cary Street
Cary, Illinois 60013
Email: Shermlaw13@aol.com

                                                /s/ Ariel Weissberg
                                                  Ariel Weissberg