**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | March 28, 2022 |
| **Bankruptcy Case** | 21 B 14401 | **Adversary No.** | |

**Title of Case**          **The Premier Property Team, LLC**

**Brief Statement of Motion**          Order dismissing case for want of prosecution

**Names and Addresses of moving counsel**

**Representing**

## ORDER

The petitioning creditors having no objection, the case is dismissed for want of

prosecution for the reasons stated on the record.

_/s/ A. Benjamin Goldgar_          MO