Form ntcdsm

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 21−14401
Chapter: 7
Judge: A. Benjamin Goldgar

In Re:
 The Premier Property Team, LLC
 dba Premier Property Group
 6669 Academy Drive
 Northbrook, IL 60062

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
 27−4982808

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on March 28, 2022

FOR THE COURT

Dated: March 28, 2022                Jeffrey P. Allsteadt , Clerk
                    United States Bankruptcy Court